# Court of Appeals
# of the State of Georgia

ATLANTA,    June 14, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2016.  DOUGLAS G. ELKINS, JR. v. THE STATE.

In 2001, Douglas G. Elkins pled guilty to two counts of child molestation and was thus required to register as a sexual offender.  See OCGA § 42-1-12 (e) (1). Elkins subsequently pled guilty to violating the registration requirements for failing to notify the sheriff's department of a new residence.  Elkins then filed a motion seeking to vacate his allegedly void sentence, arguing that the portion of his sentence requiring that he register his e-mail address, online identities, and passwords violated the First Amendment.  The trial court denied the motion, and Elkins filed this direct appeal.[1]

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question."  *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II.  Because this case involves a constitutional challenge to a statute, Elkins's appeal is hereby TRANSFERRED to the Supreme Court for disposition.

---

[1] Elkins also filed direct appeals in two related cases, which have been docketed as Case Numbers A12A2015 and A12A2017.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 06/14/2012
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*